Case 1:22-mj-00116-RMM   Document 1-1   Filed

Case: 1:22-mj-00116
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/24/2022
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

1. Your affiant, AMANDA KRUGLER, is a SPECIAL AGENT assigned to the FEDERAL BUREAU OF INVESTIGATION (FBI). In my duties as a special agent, I have been assigned to a squad that investigates matters of national security, and I have received training in the collection and evaluation of physical and digital evidence. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a SPECIAL AGENT, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

2. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

6. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

7. During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

8. On and around January 8, 2021, FBI Norfolk Division received multiple tips that an individual by the name of **MEGHAN RUTLEDGE**, also known as **Meghan Bostic (RUTLEDGE)**, was captured in images of the unlawful activity that occurred on January 6, 2021, in and around the Capitol building. Further investigation, detailed below, determined that **RUTLEDGE** is the daughter of **WILLARD THOMAS BOSTIC, JR.** aka **Tom Bostic (W. BOSTIC).**

9. As a result of the investigation of **RUTLEDGE and W. BOSTIC's** involvement at the January 6, 2021 U.S. Capitol riot, as described below, on October 13, 2021, **RUTLEDGE and W. BOSTIC** were arrested for violations of 18 U.S.C. § 1752(a)(1) and (2), and 40 U.S.C. § 5104(e)(2)(D) and (G). On October 25, 2021, **RUTLEDGE and W. BOSTIC** were charged in case no. 1:21-cr-00643 (CKK) in a four-count Information, with violations of 18 U.S.C. § 1752(a)(1) and (2) and 40 U.S.C. § 5104(e)(2)(D) and (G). That Information was superseded on March 3, 2022 and alleges the same violations.

10. Further investigation has shown that **KAREGAN BOSTIC (K. BOSTIC)** is the sister of **RUTLEDGE** and the daughter of **W. BOSTIC**, and that **K. BOSTIC** was in the U.S. Capitol with **RUTLEDGE** and **W. BOSTIC** on January 6, 2021. An image of closed-circuit television (CCTV) from January 6, 2021 is below and captures **W. BOSTIC** on the left, **RUTLEDGE** in the middle, and **K. BOSTIC** on the right.



**Picture One**

11. As a result of the initial tips regarding **RUTLEDGE**, FBI interviewed two individuals who identified **RUTLEDGE** as an individual inside the Capitol building. Person-1 has known **RUTLEDGE** for a significant period of time. On January 8, 2021, Person-1 took screen shots of Facebook posts made by **RUTLEDGE**, during which **RUTLEDGE** appeared to be taking photos from inside the Capitol building with a device believed to be her cell phone. On January 8, 2021, Person-1 provided a screenshot of a Facebook post made by **RUTLEDGE** stating "After miles and miles of walking and climbing and climbing some more we made it inside the capitol building.

What an experience for the books". The screenshot from Facebook included a small profile photo and several photos from outside the Capitol with a "+19" indicator that represented an additional 19 photos that were posted to her page (Picture Two).



**Picture Two**

12. Capitol Police provided the affiant with specific CCTV footage to search that captured distinct individuals **RUTLEDGE** had posted photos of, further described below. Upon reviewing the footage, an individual matching the description of **RUTLEDGE** was identified as entering through the doorway (Picture Three) next to a broken window where she watched other individuals climb through and enter the U.S. Capitol (Picture Four).

**Picture Three:**



**Picture Four:**



13. Using the information available, your affiant queried a Commonwealth of Virginia law enforcement database. The results of the query verified that the individual pictured in the Facebook account and in the CCTV footage appears to be **RUTLEDGE** based upon government records. The query identified the subject as Megan Elizabeth Bostic, which is believed to be **RUTLEDGE**'s maiden name.

14. A comparison of the Facebook photos and CCTV footage was made and the affiant corroborated **RUTLEDGE**'s presence inside the Capitol. Photographs depicting **RUTLEDGE**, a Caucasian female who resides in Virginia Beach, Virginia is shown below.

Source: Capitol Police        Source: Facebook        Source: Facebook

  

15. On February 11, 2021, Person-2 provided additional screenshots from **RUTLEDGE**'s Facebook page of images posted from inside the Capitol which are shown below. Person-2 has known **RUTLEDGE** for a significant period of time and saw that the images posted by **RUTLEDGE** were from outside and inside the Capitol building. Person-2 provided several screenshots of photos posted by **RUTLEDGE** on her Facebook page, which can be seen below. Upon receiving these photos, the affiant reviewed CCTV security footage. The affiant found CCTV footage that captured **RUTLEDGE** taking photos and videos on her cell phone that were cross referenced with the images provided by Person-2. The images from **RUTLEDGE**'s Facebook, provided by Person-2, included photos of individuals dressed in distinctive colonial style (Picture Five) and Spartan (Picture Six) inspired costumes who were also captured on CCTV. Upon review of CCTV footage, the affiant discovered **RUTLEDGE** using her cell phone to capture the photos of the individuals in Picture Five and Picture Six. Picture Seven is a screenshot of CCTV footage which shows **RUTLEDGE**, **W. BOSTIC**, and an individual investigator believe to be **K. BOSTIC**, a woman with blonde hair, a tan baseball cap and a light blue face mask, together in the same area of the Capitol while **RUTLEDGE** appears to use her cellphone.

**Picture Five:    CCTV footage (right) of RUTLEDGE at a slightly different moment, taking Picture Five (left) on her cell phone. W. BOSTIC (black knit cap, dark flannel shirt, and white face mask), an individual believed to be K. BOSTIC (tan baseball cap) are seen in the CCTV footage next to RUTLEDGE.**



**Picture Six: CCTV footage (right) of RUTLEDGE around the time Picture Five (left) was taken. W. BOSTIC (black knit cap, dark flannel shirt, and white face mask) is standing behind RUTLEDGE, K. BOSTIC (tan baseball cap with ponytail) is in front of her.**

 

**Picture Seven:   CCTV footage of W. BOSTIC, K. BOSTIC and RUTLEDGE.**



16. Another distinctive individual seen in the photos posted by **RUTLEDGE** included a bald man on a cellphone (Picture Eight). CCTV footage showed **RUTLEDGE** moving through the interior of the Capitol near this individual whom she took pictures of.

**Picture Eight: CCTV footage (right) of RUTLEDGE taking the picture (left) of the bald man at slightly different times than that of the photo she posted on Facebook. CCTV footage (bottom) depicts RUTLEDGE and the individual believed to be K. BOSTIC in the proximity of the bald man pictured in RUTLEDGE's photos posted on Facebook.**





17. A tall man, believed to be **W. BOSTIC**, wearing a dark blue flannel shirt black knit cap, and a light blue face mask and **K. BOSTIC** were seen with **RUTLEDGE** in her Facebook photos (Picture Nine) and on USCP security cameras (Picture Ten and Picture Eleven). The three individuals were seen entering the Capitol together. They stayed together the entire time, took several photos and videos together and departed together. The affiant and a Task Force Officer assigned to interview **RUTLEDGE** attempted to make contact at a residence associated with her and her parents on February 10, 2021. A man answered the door and identified himself as **W. BOSTIC**, **RUTLEDGE'**s father, but would not provide additional information. Additionally,

during that interaction, **W. BOSTIC** appeared to wear the same blue flannel shirt at his residence as seen in the CCTV and Facebook photos which led the affiant to investigate **W. BOSTIC**.

18. According to records obtained through a Search Warrant served on T-Mobile, on January 6, 2021, at or about the time of the incident described above, that is, at approximately between 3:15 p.m. EST and 3:37 p.m. EST, the cellphone associated with a phone number ending in 6514, registered to **W. BOSTIC**, was identified as having utilized a cell site consistent with providing service to a geographic area that includes the interior and exterior area surrounding the United States Capitol building

**Picture Nine:  Photograph obtained from RUTLEDGE's Facebook account**



**Picture Ten from CCTV:**



**Picture Eleven from CCTV**



19. Person-2 positively identified **RUTLEDGE** in Pictures Three, Four, Six, and Nine. Person-2 identified **RUTLEDGE** based upon her hair style and face even though it was partially covered. Person-2 had seen **RUTLEDGE** without a mask in person and on social media and was confident that the person captured by CCTV with the dark hair, red mask and black North Face jacket pictured above, is **RUTLEDGE**.

    Picture Ten depicts **RUTLEDGE** utilizing a cellular phone to take photos and videos.

20. A search of **RUTLEDGE and W. BOSTIC's** phones revealed photos of **K. BOSTIC** on January 6, 2021. Picture Twelve was recovered from **W. BOSTIC's** phone. The picture is of his daughters **RUTLEDGE and K. BOSTIC** without their masks on in front of the Washington Monument on January 6, 2021. Picture Thirteen was recovered from **RUTLEDGE's** phone. The photo depicts an individual presumed to be **K. BOSTIC and W. BOSTIC** inside the U.S. Capitol on January 6, 2021. Picture Fourteen was recovered from **RUTLEDGE's** phone and depicts the individual presumed to be **K. BOSTIC** with **RUTLEDGE** inside the U.S. Capitol on January 6, 2021. Picture Fifteen was recovered from **RUTLEDGE's** phone and depicts the individual presumed to be **K. BOSTIC** on the U.S. Capitol steps on January 6, 2021.

**Picture Twelve from W. BOSTIC's phone:**



**Picture Thirteen recovered from RUTLEDGE's phone:**



**Picture Fourteen recovered from RUTLEDGE's phone:**



**Picture Fifteen recovered from RUTLEDGE's phone:**



21. Additionally, videos from open sources on the internet show **RUTLEDGE, W. BOSTIC and** the individual believed to be **K. BOSTIC.** The video posted on https://projects.propublica.org/parler-capitol-videos/?id=Wm3Hw3zIomlz depicts **RUTLEDGE, W. BOSTIC** and the individual believed to be **K. BOSTIC** on the U.S. Capitol steps. The individual presumed to be **K. BOSTIC** was wearing a light blue jacket and tan USA baseball cap in images captured both inside and outside the U.S. Capitol. The jacket and baseball cap were unique to the individual wearing them, the majority of individuals in the background of photos and videos inside and outside the U.S. Capitol show that the individual believed to be **K. BOSTIC** is wearing clothing that differentiated from other individuals based upon the colors. Most individuals around her wore dark colored jackets and she had the only tan U.S.A. hat in the images viewed. In Pictures Seven and Thirteen above, **K. BOSTIC** has in her hand what appears to be a cellular telephone.

22. As part of its investigation, the FBI attempted to determine if phone numbers that may be associated with **K. BOSTIC** used a cellular cite consistent with the geographic area that included the interior of the U.S. Capitol building on January 6, 2021; the results were negative.

23. On April 26, 2022, your affiant and another Special Agent interviewed **K. BOSTIC** at her place of work. After identifying themselves and the nature of the interview, **K. BOSTIC** acknowledged that she was **K. BOSTIC** and she was advised that she did not need to provide any statements or answer any questions. Your affiant has reviewed Pictures Twelve and Fifteen and compared the person believed to be **K. BOSTIC** in those images with the person who identified herself as **K. BOSTIC** to the interviewing agents on April 26, 2022. The person who identified herself as **K. BOSTIC** appears to be the person in Pictures Twelve and Fifteen**.**

24. Interviewing Agents showed **K. BOSTIC** the photos below (Pictures Sixteen, Seventeen, and Eighteen), which are believed to be her, and which were recovered from **W. BOSTIC's** phone and from CCTV. **K. BOSTIC** looked at the photos and nodded acknowledging the photos. The interviewing agents asked **K. BOSTIC** if she witnessed any violence inside the U.S. Capitol. **K. BOSTIC** stated that she walked into the U.S. Capitol with her father and sister, walked around and walked out. She did not witness any violent actions and felt they had been "set-up" when they heard about the violence inside the U.S. Capitol after the fact.

**Picture Sixteen**



**Picture Seventeen**



**Picture Eighteen**



25. Based on the foregoing, your affiant submits that there is probable cause to believe that **K. BOSTIC** violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

26. Your affiant submits there is also probable cause to believe that **K. BOSTIC** violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
AMANDA KRUGLER
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of May 2022.

_____
HON. ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE